**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| HYPERQUERY LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-00611-JRG-RSP |
| | § | |
| SONY ELECTRONIC INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice (the "Notice") filed by HyperQuery LLC ("Plaintiff"). (Dkt. No. **11**.) In the Notice, Plaintiff dismisses the above-captioned case under Rule 41(a)(1)(A)(i) without prejudice. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 16th day of January, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE